UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-25-CV-542 |
| | § | |
| MARGARET IKE and DEL NORTE | § | |
| HOMECARE LLC, also known as | § | |
| Del Norte Home Care LLC, | § | |
| doing business as Guardian | § | |
| Angel Home Health, | § | |
| | § | |
| Defendants. | § | |

## CERTIFICATE OF WRITTEN DISCOVERY

I hereby certify that on this 8ᵗʰ day of May, 2026, a true and correct copy of the foregoing document was served via email to: Thomas A. Parnham Jr. (thomas.parnham@usdoj.gov), Assistant United States Attorney, 903 San Jacinto, Suite 334, Austin, Texas 78701:

1.  Defendant Del Norte Home Care LLC's Responses to Plaintiff's First Set of Requests for Production.


Respectfully submitted,

**JIM DARNELL, P.C.**
310 N. Mesa, Suite 212
El Paso, Texas 79901
Phone: (915)532-2442
Fax:      (915)532-4549


By: /s/ Jim Darnell
    **Jim Darnell**
    Jdarnell@jdarnell.com
    TX State Bar No. 05391250
    NM State Bar No. 148187

**Attorney for Defendant**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of May, 2026, a true and correct copy of the foregoing document has been electronically filed via the CM/ECF system.


<u>/s/ Jim Darnell</u>
Jim Darnell